UNITED STATES DISTRICT COURT
DISTRICT of MASSACHUSETTS

(1)                                                    5/30/09

PLAINTIFF'S

                                                    CIVIL ACTION

         V.                                         NO. _____

                                             09 CA 10992 RGS

Defendant's

                 complAINt
                   parties

                                      MAGISTRATE JUDGE Sorokin

1. Mr Anthony Conley W92736
   Massachusetts Treatment Center
   30 Administration Rd
   Bridgewater Ma 02324


2. Mr. Guy W. GLODIS Sheriff And Superintendent
   Commonwealth of Massachusetts
   office of The Sheriff
   County of Worcester
   Jail And House of Correction
   5 PAUL. X. TIVNAN DRIVE
   West Boylston, Mass 01583

②

## Jurisdiction

3. This court has Jurisdiction over This matter pursuant To 28 U.S.C. § 1332